Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorney for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GRESHAM, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>FINNEY'S VENTURA LP, a California limited partnership; FINNEY'S SLO LP, a California limited partnership; FINNEY'S PORTER RANCH LP, a California limited partnership; FINNEY'S FUNK ZONE LP, a California limited partnership; FINNEY'S CAMARILLO LP, a California limited partnership; FINNEY'S BURBANK LP, a California limited partnership; and DOES 1 to 10, inclusive,<br><br>     Defendants. | CASE NO.:  2:20-cv-11339-SVW-JEM<br><br>Hon. Judge Stephen V. Wilson<br>Courtroom 10A, 10th floor<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint filed: December 15, 2020<br>Trial Date: None |

*WILSHIRE LAW FIRM, PLC*
*3055 Wilshire Blvd., 12th Floor*
*Los Angeles, CA 90010-1137*

Plaintiff Darren Gresham ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal of Plaintiff's individual claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed upon execution of a formal settlement agreement. Plaintiff reserves the right to reopen within thirty (30) days if a settlement is not finalized.

Dated: February 11, 2021                    Respectfully Submitted,

                                            /s/ *Thiago M. Coelho*
                                            Thiago M. Coelho
                                            **WILSHIRE LAW FIRM**
                                            *Attorney for Plaintiff and Proposed Class*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010-1137